# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JAIME HERNANDEZ** : | | **DOCKET NO. 17-cv-215** |
| **D.O.C. # 609464** | | **SECTION P** |
| **VERSUS** : | | **UNASSIGNED DISTRICT JUDGE** |
| **JASON ASH, ET AL.** : | | **MAGISTRATE JUDGE KAY** |

## ORDER

Before the court is the amended civil rights complaint [doc. 12] filed pursuant to 42 U.S.C. § 1983 by plaintiff Jaime Hernandez ("Hernandez"), who is proceeding pro se and in forma pauperis in this matter. Hernandez is an inmate in the custody of the Louisiana Department of Public Safety and Corrections, and is currently incarcerated at Dixon Correctional Institute in Jackson, Louisiana. However, his claims relate to incidents that allegedly occurred while he was at Allen Correctional Center in Kinder, Louisiana.

A review of the amended complaint filed by Hernandez suggests that this matter should survive the court's initial review. Accordingly, in order for the court to determine an appropriate resolution of this matter,

**THE CLERK IS DIRECTED** to mail to Hernandez at his last known address the following: a copy of this memorandum order, and two (2) summons forms and one (1) USM-285 apiece for defendants Jason Ash, Captain Clark, and Justin DeVille.

Within thirty (30) days of this order, Hernandez must complete two (2) summonses and one (1) USM-285 for each defendant, attach each set of documents to a copy of the original complaint, and send the packet of documents (one packet per defendant) to the **Clerk of Court, Section P, 800 Lafayette Street, Suite 2100, Lafayette, Louisiana, 70501.**

Once the clerk has received the documents from Hernandez,

**THE CLERK IS FURTHER DIRECTED** to provide the prepared packets to the United States Marshal for service on the defendants.

**IT IS ORDERED** that the defendants file a response within twenty-one (21) days after the date of service.

After all of the defendants' responsive pleadings are filed, an additional sixty (60) days is allowed for all parties to complete all appropriate discovery.

Thereafter, if deemed appropriate, Hernandez or any defendant may file a motion for summary judgment within thirty (30) days, to include material and relevant affidavits, certified records, interrogatories and answers, admissions, and depositions, if any, and a supporting memorandum brief.

Any party not filing a motion for summary judgment SHALL FILE a Statement of Issues, within the same period, which shall enumerate each genuine issue of material fact perceived by that party which is relevant to this matter, or state that there are none. This statement will be used by the court to determine the necessity of an evidentiary hearing.

**IT IS FURTHER ORDERED** that, as a condition to their acceptance by the Clerk, all future filings by Hernandez or the defendants shall include a certificate indicating that a copy thereof has been furnished to the other party, specifically stating the name and address of each party or his attorney to whom a copy of the pleading was sent.

**The petitioner's failure to comply with this order or to notify the court of any change in his address shall be considered grounds for dismissal under LR 41.3 or Federal Rule of Civil Procedure 41(b).**

THUS DONE AND SIGNED in Chambers this 28th day of December, 2017.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE